**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| TOMER DARVISH, individually and on behalf of all others similarly situated, | Case No. 2:22-cv-02226 DSF−PLA |
|      *Plaintiff,* | **PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY** |
| vs. | |
| AEGIS FINANCIAL, LLC0F, | |
|      *Defendant.* | |

## **PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY**

1.      Defendant's Motion to Dismiss [DE #22] is set for hearing on August 22, 2022 at 1:30 PM.

2.      Plaintiff's counsel, Scott Edelsberg, respectfully requests to appear at the hearing by telephone or Zoom. Counsel and his family live in Miami, Florida, and Plaintiff's counsel's wife is more than 8 months pregnant.

3.      In an abundance of caution, to stay close to his pregnant wife, and to minimize potential exposure to Covid, Plaintiff's Counsel respectfully requests to appear at the August 22 hearing by telephone or Zoom.

4.      Plaintiff's counsel conferred with counsel for Defendant. Counsel for Defendant does not oppose the requested relief but will appear at the scheduled hearing in person.

Dated: August 15, 2022          Respectfully submitted,


By*/s/ Scott Edelsberg*

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and the Proposed Class*